UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA NAVARRO CARRILO, and JOSE GARZON, as Parents and Natural Guardians of M.G., and MARIA NAVARRO CARRILO, and JOSE GARZON, Individually

    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

---



No.19 Civ. 2944 (CM)

## ORDER DISMISSING CASE

McMahon, C.J.:

    In accordance with the mandate of the United States Court of Appeals for the Second Circuit, received by this court on July 13, 2020, the complaint in this action is hereby dismissed with prejudice. The Clerk of Court is directed to reopen the file for the sole purpose of docketing this order of dismissal, and then to close the file permanently.

Dated: July 21, 2020

                                                    Chief Judge

BY ECF TO ALL PARTIES